**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ROBINS, | CV 23-5634 PA (SKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to this Court's August 24, 2023 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: August 24, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE